# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00135-CV

**Mohammad Reza Assadi, Appellant**

**v.**

**Amir Batoei; Family AB Austin Feb5, LP; and Lee AB Land, LLC, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-006408, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 31, 2020, this Court stayed the appeal after receiving notice that appellant had filed for bankruptcy protection. *See Assadi v. Batoei*, No. 03-20-00135-CV, 2020 WL 4726745, at *1 (Tex. App.—Austin July 31, 2020, no pet.) (per curiam) (mem. op.). Appellant, through the chapter 7 trustee for the estate of Mohammad Reza Assadi, and appellees have now filed an agreed motion to reinstate and dismiss this appeal. In their motion, the parties have informed this Court that the bankruptcy court has issued an order granting the trustee's motion to compromise and settle claims and requiring that "[t]he estate shall dismiss with prejudice the State Court Appeal No. 03-20-00135-CV." Accordingly, we grant the agreed motion; reinstate this appeal, *see* Tex. R. App. P. 8.3(a) ("If a case has been suspended by a bankruptcy filing, a party may move that the appellate court reinstate the appeal if permitted by . . . the bankruptcy court."); and dismiss the appeal, *see id.* R. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Agreed Motion

Filed:   August 20, 2021